BEFORE THE SECOND DIVISION, APRIL 7, 1941

**No. 45657.**—Protest 981926–G of Western Novelty Co. (Los Angeles).

Opinion by TILSON, J. It was stipulated that certain items do not consist of hats, bonnets, or hoods but are novelties manufactured of chip. The claim at 25 percent under paragraph 1537 was therefore sustained.

**No. 45658.**—Protest 990360–G of Bullocks, Inc. (Los Angeles).

Opinion by TILSON, J. It was stipulated that the silk mufflers in question are similar to those involved in Abstract 44055. The claim at 60 percent under paragraph 1209 was therefore sustained.

**No. 45659.**—Protest 972002–G of Bullocks, Inc. (Los Angeles).

Opinion by TILSON, J. It was stipulated that the silk mufflers in question are similar to those involved in Abstract 44055. The claim at 60 percent under paragraph 1209 was therefore sustained.

**No. 45660.**—Protests 989732–G, etc., of Bullocks, Inc. (Los Angeles).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of Abstract 45153 the silk mufflers in question were held dutiable at 35 percent under paragraph 1209 and the trade agreement with Great Britain.